### FELT v. RHOADS.

(City Court of New York, General Term. December 13, 1900.)

UNDERWRITERS' ASSOCIATION—ACTION AGAINST MANAGING AGENT—WEIGHT OF EVIDENCE.

    In an action for services performed for defendant the testimony showed that the latter acted as agent for an association of underwriters, and that this was known to plaintiff; that the services rendered were for their benefit, and that plaintiff sent in a bill therefor, and, not being paid, wrote the various underwriters, not including defendant, asking payment, and stating that he had been employed for the association by defendant, its managing agent. *Held*, that it appeared therefrom that the services were rendered for the association, and not for defendant, and hence a verdict for plaintiff was against the weight of evidence.

Appeal from trial term.

Action by Edwin M. Felt against Benjamin T. Rhoads, Jr. From a judgment for plaintiff and an order denying a new trial, defendant appeals. Reversed, and new trial ordered.

Argued before McCARTHY and O'DWYER, JJ.

William P. Burr, for appellant.
Ernest Hall, for respondent.

PER CURIAM. An examination of the testimony of the plaintiff shows that the defendant acted as agent for the underwriters composing the People's Fire Lloyds, and that this fact was known to the plaintiff; that the services rendered were for the benefit of these underwriters, and after the rendition thereof plaintiff sent in a bill, and, not being paid, addressed a letter to the various underwriters, but not including this defendant, in which he asked payment of his bill, and also stated that he had been employed to render these services for the People's Fire Lloyds by Mr. Rhoads (the defendant), its managing agent. It thus appears that the services were rendered for the underwriters composing the People's Fire Lloyds, and not for this defendant. The verdict is against the weight of evidence,

.and must be set aside, and a new trial ordered. In view of this disposition of the appeal, we do not think it necessary to pass upon the alleged errors in rulings upon the trial and in the charge.

Judgment and order appealed from reversed, and new trial ordered, with costs to the appellant to abide event.